**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00735-CR
No. 05-12-00736-CR

**ZAKIR SHAIKH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F11-00307-J & F11-00479-J**

## ORDER

On July 3, 2013, we abated this appeal and ordered the trial court to conduct a hearing to determine the proper amount of restitution in each case. On September 3, 2013, the court reporter filed a record of the hearing conducted by the trial court. On September 4, 2013, Zakir Shaikh filed a request that he be allowed thirty days from the day the record was filed to review and evaluate the supplemental record from the restitution hearing and prepare a supplemental brief. We **GRANT** the request.

We **ORDER** that Shaikh file any supplemental brief based on the record from the restitution hearing by **October 2, 2013**. The State of Texas may file a supplemental brief in response by **October 23, 2013**.

/s/     ROBERT M. FILLMORE
             JUSTICE